IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| JESSE HENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 5:12-cv-05209-JLH |
| | ) | |
| v. | ) | Judge Hendren |
| | ) | |
| FULL SPECTRUM LITIGATION COMPANY, LLC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES**

Plaintiff, JESSE HENSON, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties shall file a stipulation of dismissal with prejudice forthwith.

                                                        Respectfully submitted,
                                                        **JESSE HENSON**

                                          By:   s/ David M. Marco
                                                     Attorney for Plaintiff

Dated: November 16, 2012

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:     (312) 546-6539
Facsimile:     (888) 418-1277
E-Mail:        dmarco@smithmarco.com