IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JESSE HENSON, ) | |
| ) | |
| Plaintiff, ) | 5:12-cv-05209-JLH |
| ) | |
| v. ) | Judge Hendren |
| ) | |
| FULL SPECTRUM LITIGATION ) | |
| COMPANY, LLC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, JESSE HENSON, by and through his attorneys, SMITHMARCO, P.C., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

    Respectfully submitted,
    **JESSE HENSON**

    By:   s/ David M. Marco
          Attorney for Plaintiff

Dated: November 28, 2012

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:     (312) 546-6539
Facsimile:       (888) 418-1277
E-Mail:           dmarco@smithmarco.com